PD-0412-15

PD-0412-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/13/2015 4:19:35 PM
Accepted 4/15/2015 5:06:34 PM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS

JOSHUA ED BOWYER,           §
   APPELLANT   §
v.                          §  CCA NO. PD-_____ 15
                            §  COA NO. 02-13-00315-CR
THE STATE OF TEXAS,         §
   APPELLEE     §

## FIRST MOTION FOR EXTENSION OF TIME FOR FILING OF STATE'S PETITION FOR REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

The State requests that the Court grant an extension of time for the filing of the State's petition for review in this case. TEX.R.APP.P. 10.5(b) & 68.2(c). The following allegations are made in support of this motion:

- I -

The court below is the Court of Appeals for the Second Court of Appeals District of Texas. The style and number of the case in the court of appeals is *Joshua Ed Bowyer v. The State of Texas,* cause number 02-13-00315-CR. On March 12, 2015, the Second Court of Appeals reversed the trial court's denial of Appellant's motion to suppress in an unpublished opinion authored by Justice Bill Meier. No motion for rehearing was filed.

FILED IN
COURT OF CRIMINAL APPEALS

April 15, 2015

ABEL ACOSTA, CLERK

- II -

Charged with driving while intoxicated with a child passenger under fifteen years of age, Appellant relied on the Supreme Court's decision in *Missouri v. McNeely,* ___ U.S. ___, 133 S.Ct. 1552 (2013) during a pretrial suppression hearing. The trial court, Hon. Mollee Westfall, rejected Appellant's motion to suppress, and the Fort Worth Court of Appeals reversed that decision. Bowyer *v. State*, ___ S.W.3d ___, 2015 WL 1120332 (Tex. App.—Fort Worth Mar. 12, 2015).

- III -

The appeal was perfected on June 21, 2013, the date notice of appeal was filed.

- IV -

The current deadline for filing the State's petition for discretionary review is April 13, 2015. No extension has previously been granted regarding the State's petition.

- V -

The extension is not requested for purposes of delay but rather to adequately brief the legal issues warranted by the decision of the court of appeals.

- VI -

Counsel has had the following other obligations which have prevented her from completing the State's Petition for Discretionary Review.   Counsel filed her State's appeal brief raising three issues in *State v. Laura Ann Swan*, cause number 02-14-00416-CR.   Also, counsel prepared and presented oral argument in *State v. Scott Ellery Crawford, Jr.,* cause number 02-14-00289-CR, a state's appeal raising seven issues.   Counsel also reviewed a misdemeanor case out of County Criminal Court Number Seven and decided to pursue a state's appeal, filing notice of appeal this past month, *State v. Cameron William Varley,* cause number 02-15-00076-CR. Counsel has read the record and reviewed another case for a possible state's appeal, *State v. Vicky Lynn Hebbe*, out of the County Criminal Court Number Eight, and has submitted her recommendation not to pursue that appeal.   Before this Court, counsel filed her State's petition for discretionary review in and *Walter Chidyausiku v. State*, cause numbers PD-0313-15 and PD-0314-15.   Also, counsel has devoting significant time preparing for a hearing for held today in *State v. Stewart Le Richardson*, cause numbers 1162224, 1147512, and 1148118 in the 396th Judicial District Court, formerly cause number 02-10-00058-CR.   Counsel researched, drafted responses, prepared for the hearing, conducted the hearing, and cross-examined the Defendant on the Defendant's Motion to Dismiss for Failure to Provide a

Speedy and Public Trial and the Defendant's Motion to Set Reasonable Bail in these causes. Additionally, counsel reviewed and edited a search warrant in an intoxication-related case out of the Forest Hills Police Department where an intoxicated driver injured EMS personnel; this case will ultimately be prosecuted as *State v. Frank Soto*, currently identified as ECFS#490453. Additionally, for the prior four weeks, counsel has experienced on-going computer problems resulting in counsel's recently receiving a new computer. For all of these reasons, counsel requests an additional thirty days in which to file the State's petition.

WHEREFORE, PREMISES CONSIDERED, the State of Texas prays that this Court grant this First Motion for Extension of Time for Filing the State's Petition for Discretionary Review and extend the time for filing of the State's document for thirty days to May 13, 2015.

Respectfully submitted,

SHAREN WILSON
Criminal District Attorney
Tarrant County, Texas

DEBRA WINDSOR, Assistant
Criminal District Attorney
Chief, Post-Conviction

   /s/   TANYA S. DOHONEY
TANYA S. DOHONEY, Assistant
Criminal District Attorney
State Bar No.   02760900

Tim Curry Criminal Justice Center
401 W. Belknap
Fort Worth, Texas 76196-0201
(817) 884-1687
FAX (817) 884-1672
CCAappellatealerts@tarrantcountytx.gov

## CERTIFICATE OF SERVICE

A true copy of the State's motion has been e-served to opposing counsel, Hon. Richard Henderson, richard@rahenderson.com & yolanda@rahenderson.com, 100 Throckmorton St., Ste. 540, Fort Worth, Texas 76102, and to the State Prosecuting Attorney, the Hon. Lisa McMinn, information@spa.texas.gov, P.O. Box 13046, Austin, Texas 78711 this 13th day of April, 2015.

       /s/   TANYA S. DOHONEY
       TANYA S. DOHONEY

H:\DOHONEY.D11\MOTIONS\02-13-00315-CR,_Bowyer,_Joshua,_St's_PDR_1X 041315.docx